DOUGLAS C. KANE, S.B. NO. 198934
LAW OFFICE OF DOUGLAS KANE
121 Jewell Street
Santa Cruz, CA 95060
(831) 459-8000

Attorney for Plaintiff KEVIN HALPERN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KEVIN HALPERN,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CITY OF SANTA CRUZ, ABRAHAM RODRIGUEZ, DAVID PERRY, and DOES 1 through 20, inclusive,<br><br>　　Defendants. | CASE NO. C 02-05557 JW<br><br>SUPPLEMENTAL DECLARATION OF PLAINTIFF KEVIN HALPERN IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION<br><br>Date: March 22, 2004<br>Time: 8:30 a.m.<br>Dept.: 8 |

I, KEVIN HALPERN, declare and state as follows:

1.　　I am the plaintiff in the above described action. The facts set forth herein are stated on my own personal knowledge and if called as a witness, I could and would competently testify to the facts contained herein under oath.

2.　　From the time that I first was contacted by Officers Rodriguez and Perry early in the morning of January 8, 2002, until the time that I was released by them, I was wearing the hooded sweatshirt that can be seen in the picture attached to the declaration of my attorney, Douglas C. Kane, as Exhibit D.

3. After Officer Rodriguez handcuffed me he put my backpack in the trunk of his patrol car. He did not return the backpack to me until after he released me and had already taken the pictures of me.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 12th day of March, 2004, at Santa Cruz, California.

/s/
_____
KEVIN HALPERN