NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Kevin Halpern, | NO. C 02-05557 JW |
| Plaintiff(s), | |
| v. | JUDGMENT |
| City of Santa Cruz et al, | |
| Defendant(s). | |

On April 6, 2004, the Court issued an "Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment; Referring Case to Magistrate Judge Seeborg for Settlement" wherein the Court disposed of certain claims in favor of Defendants ("Order"). Thereafter, the parties stipulated to the dismissal of all claims not disposed of by the Court's Order.

In accordance with the Court's Order, judgment is now entered in favor of Defendants and against Plaintiff.

Further, as a sanction for failure to appear for the preliminary pretrial conference, Plaintiff's counsel is ordered to pay Defendant City of Santa Cruz the sum of $436 no later than June 1, 2004.

Dated: May 17, 2004                    /s/James Ware
02cv5557.jud                           JAMES WARE
                                       United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Douglas C. Kane dougkane@protectingrights.net
George J. Kovacevich admin@abc-law.com

**Dated: May 17, 2004**                                **Richard W. Wieking, Clerk**

**By:_/s/JW Chambers_____
Ronald L. Davis
Courtroom Deputy**

**United States District Court**
For the Northern District of California